IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01661-OES-MJW

EMILY R. BEXLEY,

Plaintiff(s),

vs.

DILLON COMPANIES, INC.,

Defendant(s).

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated:  July 5, 2005

Defendant's Motion for Extension of Time and to Vacate and Reset Pretrial Conferences and Trial Date [filed July 1, 2005] is GRANTED.  The scheduling order shall be amended as follows:

- Discovery cutoff                                      September 1, 2005

- Dispositive motions                                 October 1, 2005

- Defendant's designation of experts         August 8, 2005

- The jury trial of November 28, 2005, is VACATED and RESET to **May 22, 2006**, commencing at 9:00 a.m.

- The trial preparation conference of November 14, 2005, is VACATED and RESET to **May 2, 2006**, at the h our of 9:00 a.m.