IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01661-OES-MJW

EMILY R. BEXLEY,

Plaintiff(s),

vs.

DILLON COMPANIES, INC.,

Defendant(s).

---

ORDER OVERRULING PLAINTIFF'S OBJECTION, AND
ORDER DENYING PLAINTIFF'S REQUEST TO Reset TRIAL

---

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated:  July 13, 2005

Plaintiff has filed an objection to my Order in which I reset the discovery cutoff dates, and reset the dates for trial and pretrial conference.  Plaintiff takes umbrage at the fact that I reset the latter dates without hearing from plaintiff.

I understand the source of plaintiff's concern, but I reset the discovery cutoff dates in light of the fact that plaintiff did not object to extensions of those deadlines.  However, once those dates were reset, the previously-existing dates for trial and pretrial conference were no longer appropriate, contrary to plaintiff's view of the matter.  They may have remained appropriate and convenient for plaintiff, but they would have pushed hard upon my chambers.

Trial was set for November 28, 2005, and the new date for the filing of a

dispositive motion would be October 1, 2005. By the time I received a response and a reply (and factored in an extension of time or two), I might not have a summary judgment motion at issue until a bare few days before the trial. Even if the motion was at issue a month before trial, to research and complete an order addressing the motion would have required that I give priority to any motion filed in this case, over other work that may have been pending longer. That is why I reset the date for trial and the pretrial conference.

## CONCLUSION

It is therefore ORDERED that plaintiff's Objection is overruled, and plaintiff's request to reset the date for trial is DENIED.

Dated at Denver this day of July 13, 2005

BY THE COURT:

s/ O. Edward Schlatter

_____
O. Edward Schlatter
U.S. Magistrate Judge