IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-CV-01661-OES-MJW

EMILY R. BEXLEY,

Plaintiff(s),

v.

DILLON COMPANIES, INC.,
d/b/a KING SOOPERS, INC., a Kansas corporation,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Plaintiff's Unopposed Motion to Vacate and Reset Settlement Conference (docket no. 41) is GRANTED. The settlement conference set on August 30, 2005, 3:30 p.m. is VACATED. The parties can request by motion that the settlement conference be reset following Magistrate Judge Schlatter's ruling on the pending Motion to Stay.

Date: August 25, 2005