IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01661-OES-MJW

EMILY R. BEXLEY,

Plaintiff(s),

vs.

DILLON COMPANIES, INC.,

Defendant(s).

---

ORDER DENYING PLAINTIFF'S
MOTION TO STAY

---

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated:  August 31, 2005

      Plaintiff has filed a Motion to Stay, arguing that I should stay this matter rather than dismiss it for the reason that plaintiff failed to inform the bankruptcy court of the existence of this case as an asset.  No motion to dismiss has been filed, and plaintiff has otherwise failed to establish any good grounds either for a stay or for an extension of the deadline for discovery.

      It is therefore ORDERED that plaintiff's Motion to Stay [Doc. 40, filed August 18, 2005] is DENIED.

      Dated at Denver this day of August 31, 2005

                                      BY THE COURT:

                                      s/ O. Edward Schlatter
                                      _____

                                      O. Edward Schlatter
                                      U.S. Magistrate Judge