IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01661-OES-MJW

EMILY R. BEXLEY,

Plaintiff(s),

vs.

DILLON COMPANIES, INC.,

Defendant(s).

---

ORDER REGARDING DEFENDANT'S
MOTION TO COMPEL

---

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated:  December 27, 2005

Defendant has filed a motion to compel in which it asks that I direct plaintiff to provide to defendant certain discovery materials that are described in the motion.  In her Response, plaintiff states that she "has produced every document to Defendant in this action, and thus Plaintiff has no supplemental information to disclose to Defendant."

Defendant asserted in its motion and exhibits that plaintiff had never provided it with any reports from her experts.  Plaintiff responded by stating that she had provided her disclosures to defendant on April 15, 2005.  Pltf's Resp. at 2, *citing* Ex. A "Plaintiff's Rule 26(a)(2) Expert Disclosures."

**DISCUSSION**

I have two concerns.  First, I cannot tell whether any discovery items remain at issue.  Plaintiff has stated that she has produced everything that she has.  If so, little is to be gained by setting this matter for hearing.

Second, I see no evidence either in defendant's motion or in plaintiff's Response that plaintiff has complied with the requirements of Rule 26(a)(2)(B). Plaintiff indicates that she provided the names of her experts, and a one-line statement of what they will say. But Rule 26 requires plaintiff to provide to defendant by the deadline set in the Scheduling Order "a written report prepared and signed by the [expert] witness. . . [that] shall contain a complete statement of all opinions to be expressed and the basis and reasons therefor . . . ." Fed.R.Civ.P. 26(a)(2)(B). If plaintiff has provided such reports, no further inquiry is needed. If she has not, then her deadline for doing so has passed, and the experts that she disclosed by name only will be stricken.

## ORDER

It is therefore ORDERED that the parties shall within five days either advise the court that defendant's Motion to Compel is moot, or obtain from my secretary a date for a hearing on the motion.

Dated at Denver, Colorado, this day of: December 27, 2005

BY THE COURT:


s/O. Edward Schlatter
_____
O. Edward Schlatter
United States Magistrate Judge

2