IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01661-OES-MJW

EMILY R. BEXLEY,

Plaintiff(s),

vs.

DILLON COMPANIES, INC.,

Defendant(s).

MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated:  January 20, 2006

     Counsel have advised the Court that they have resolved Defendant's Motion to Compel (Doc. #60, filed 12/15/06).  Therefore, the hearing set for January 20, 2006, is VACATED.